**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N and F93-60604-N**

## ORDER

Appellant's December 10, 2013 petition for judicial notice is DENIED. The Court has the record in the above case before it and will review the trial court's ruling based on the record.

We DIRECT the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

We DIRECT the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE